UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:25-cv-01931-FWS-KES | Date: November 20, 2025 |

Title: Cassandra Hazen et al v. Lugano Diamonds & Jewelry, Inc.

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER STAYING CASE PENDING RESOLUTION OF BANKRUPTCY PROCEEDINGS [19]**

    Plaintiffs Cassandra Hazen, Paul Hazen, The Paul and Cassandra Hazen (collectively, "Plaintiffs") bring this case against Defendant Lugano Diamonds & Jewelry, Inc ("Lugano"). (*See generally* Dkt. 1 (Complaint" or "Compl.").)  On November 18, 2025, Lugano filed a Notice of Pendency of Bankruptcy Case in which Lugano states that "on November 16, 2023, Lugano Diamonds & Jewelry Inc. and certain of its affiliates that are debtors and debtors in possession each commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware," which "are being jointly administered under Case No. 25-12055 (BLS)."  (Dkt. 19 at 2 (internal definitions omitted).)   Accordingly, all further proceedings in this action are **STAYED** pending resolution of Lugano's bankruptcy proceedings.  *See* 11 U.S.C. § 362(a)(1) (stating the filing of a bankruptcy petition under this section operates as a stay of "the commencement or continuation . . . of a judicial . . . action or proceeding against the debtor"); *In re Gruntz*, 202 F.3d 1074, 1081-82 (9th Cir. 2000) (en banc) ("The automatic stay is self-executing" and "an injunction issuing from the authority of the bankruptcy court," such that "actions taken in violation of the automatic stay are void") (citations omitted).  The court **ORDERS** Lugano to file a status report every **120 days** regarding the status of the District of Delaware bankruptcy proceedings, with the first status report to be filed on or before **March 19, 2026**.

| | |
|---|---|
| **CIVIL MINUTES – GENERAL** | 1 |